# No. 21-7009

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

**MARY F. CUMMINGS,**
Plaintiff-Appellant

vs.

**AMERICAN POSTAL WORKERS UNION,
LOCAL 7, AFL-CIO**
Defendant-Appellee.

Appeal from the United States District Court
for the Eastern District of Oklahoma

Hon. Ronald A. White, U.S. District Judge
District Court Case No. CIV-19-367-RAW

**APPELLEE AMERICAN POSTAL WORKERS UNION,
LOCAL 7, AFL-CIO'S BILL OF COSTS**

Michael T. Anderson
MURPHY ANDERSON PLLC
1401 K Street NW, Suite 300
Washington, DC 20005
(202) 223-2620; Fax (202) 296-9600
manderson@murphypllc.com
rromano@murphypllc.com
Attorneys for Appellee

Pursuant to Fed.R.App.P. 39, Appellee American Postal Workers Union, Local 7 respectfully submits this Bill of Costs.

The Court affirmed the District Court's judgment in favor of Appellee American Postal Workers Union, Local 7 on June 17, 2022. Appellee was required by Local Rule to prepare seven copies of its Appellee Brief (with an Addendum attaching three record exhibits omitted from Appellant's materials) for the Court, and one for service on Appellant Mary Cummings.

Eight copies of the brief x 89 pages x $.20 page (under 10th Cir. Rule 39.1) = $149.40. Appellee's actual cost exceeds that amount. A receipt for printing is attached.

| | |
|---|---|
| June 17, 2022 | /s/ Michael T. Anderson<br>Michael T. Anderson<br>MURPHY ANDERSON PLLC<br>1401 K Street NW, Suite 300<br>Washington, DC 20005<br>Tel. (202) 223-2620<br>Fax. (202) 296-9600<br>manderson@murphypllc.com<br>rromano@murphypllc.com<br><br>Attorneys for Appellee<br>American Postal Workers<br>Union, Local 7 |

## CERTIFICATION OF COMPLIANCE

Pursuant to FRAP 28(d) and 32(a)(3)(B)(i), I, Michael T. Anderson hereby certify the attached BILL OF COSTS in Case No. 21-7009 is in 14 point, proportionally spaced, roman type face and contains 104 words excluding the parts exempted by Fed. R. App. P. 32(a)(7) (B)(iii), on the basis of a word count made by Microsoft Word processing software that counts words in both text and footnotes.

/s Michael T. Anderson

## CERTIFICATE OF DIGITAL SUBMISSION AND PRIVACY REDACTIONS

I certify that there are no privacy redactions required in the foregoing submission. I further certify that a copy of this BILL OF COSTS submitted in digital form is an exact copy of the hardcopies filed with the clerk and served on those parties not receiving electronic service. Finally, I certify that the digital submission has been scanned for viruses with the most recent version of McAfee Total Protection- 1, updated daily, and according to the program is free of viruses.

/s Michael T. Anderson

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing BILL OF COSTS was filed this 17th day of June, 2022, using the CM/ECF system, which will automatically send electronic notification of filing to all ECF-registered parties in this action. I further certify that pursuant to Fed. R. App. P. 31(b) that a copy of this exact electronically filed document were mailed to the following pro se party, first class mail addressed to: Mary Cummings, P.O. Box 45, Keota, OK 74941, Plaintiff-Appellant Pro Se and emailed to cumtommary12@yahoo.com.

/s Michael T. Anderson



**BILL TO**
Murphy Anderson LLP
1401 K Street NW, #300
Washington, DC  20003

**SHIP TO**
Murphy Anderson LLP
1401 K Street NW, #300
Washington, DC  20003

INVOICE B2210738

DATE 07/30/2021

DUE DATE 08/09/2021

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Appellate Briefs | 12 | 18.71 | 224.52T |

|  |  |
|---|---|
| SUBTOTAL | 224.52 |
| TAX | 13.47 |
| TOTAL | 237.99 |
| TOTAL DUE | $237.99 |

B&B • 818 18th Street NW LL15 • Washington DC 20006 • 202-293-1252 • bbdigitalprint.com
Payment Address: PO Box 15084 • Washington DC 20003 •  EIN 52-1264125